JS - 6

FILED
CLERK, U.S. DISTRICT COURT

8/5/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GIORGI K. TOPKOV ) <br> ) <br> Defendants. ) <br> _____ ) | **CASE NO. CV 13-8204 GHK (JCGx)** <br><br> **ORDER OF DISMISSAL** |

The parties' having gone for mediation on August 4, 2015, and the Court having been advised that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated. The present trial date of September 8, 2015 is hereby **TAKEN OFF CALENDAR** and the hearing date **VACATED.**

DATED: 8/5/15

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE